[No. 48698-9-II.   Division Two.   April 4, 2017.]

*In the Matter of the Marriage of* ROYAL M. FISH, *Appellant*, and LISA ANNE FISH, *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-3-00269-3, Jennifer A. Forbes, J., entered February 19, 2016. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Sutton, JJ.

[No. 48827-2-II.   Division Two.   April 4, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. JESSE LEE WILKINS, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 14-8-00100-2, James W. Lawler, J., entered September 9, 2014. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Sutton, JJ.

[Nos. 33221-7-III; 33633-6-III.   Division Three.   April 4, 2017.]

*In the Matter of the Personal Restraint of* DAMIAN T. JOHNSON, *Petitioner*.

Petitions for relief from personal restraint. *Granted in part* and *remanded with instructions* by unpublished opinion per Pennell, J., concurred in by Lawrence-Berrey, A.C.J.; Korsmo, J., dissenting.

[No. 34081-3-III.   Division Three.   April 4, 2017.]

MICHAEL C. DARLAND ET AL., *Appellants*, v. SNOQUALMIE PASS UTILITY DISTRICT, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 04-2-00411-2, Scott R. Sparks, J., entered January 20, 2016. *Affirmed in part* and *remanded* by unpublished opinion per Fearing, C.J., concurred in by Lawrence-Berrey and Pennell, JJ.